**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. CR-09-21-M |
| ) | |
| **JOHN CHARLES FLETCHER,** ) | |
| ) | |
| **Defendant.** ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION
FOR PSYCHIATRIC EXAMINATION**

COMES NOW the plaintiff, United States of America, through Robert J. Troester, Acting United States Attorney for the Western District of Oklahoma, by Leslie M. Maye, Assistant United States Attorney, and files this response to Defendant John Charles Fletcher's Unopposed Motion for Psychiatric Examination (Doc. No. 450).

Although the government does not oppose Defendant's Motion, and believes the reasons for the request are appropriate, the government does not agree that the Defendant should be evaluated locally. The government believes the Defendant should be evaluated at a Bureau of Prisons facility, not locally. Such designation would provide evaluators more time with the Defendant, not just during the course of interviews and/or testing, but also in every day interaction with others. Further, based in part on the outburst by the Defendant on September 17, 2009, in the interest of maintaining the safety and security of all concerned, a Bureau of Prisons facility is a more suitable location in which to conduct this evaluation.

## CONCLUSION

Defendant's motion should be granted and defendant should be released to the proper medical facility at the Bureau of Prisons for psychiatric evaluation.

Respectfully submitted,

JOHN C. RICHTER
United States Attorney


s/LESLIE M. MAYE
Assistant U.S. Attorney
Bar Number: 4853
210 W. Park Avenue, Suite 400
Oklahoma City, Oklahoma 73102
(405) 553-8846 (Office)
(405) 553-8888 (Fax)
Leslie.Maye@usdoj.gov


## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2009, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants: James Drummond.

s/Leslie M. Maye
Assistant U.S. Attorney