IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   No. CR-09-21-M |
| | ) |
| JOHN CHARLES FLETCHER, | ) |
| a/k/a "Loc", "Big Loc", | ) |
| | ) |
| Defendant. | ) |

**INFORMATION TO ESTABLISH PRIOR CONVICTIONS**

COMES NOW the plaintiff, United States of America, by Sanford C. Coats, United States Attorney for the Western District of Oklahoma, through Leslie M. Maye, Assistant United States Attorney, and hereby states as follows:

That the above-named defendant was charged by Superseding Indictment on August 4, 2009, in the Western District of Oklahoma, with conspiracy to possess with intent to distribute and to distribute at least 5 kilograms of cocaine base (crack), and 1 kilogram of cocaine powder, in violation of Title 21, United States Code, Section 846; other substantive counts of possession with intent to distribute, distribution and manufacturing of controlled substances in violation of Title 21, United States Code, Section 841(a)(1); two counts of being a convicted felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1); and managing and controlling a residence for unlawfully

manufacturing, storing, distributing, and using controlled substances, in violation of Title 21, United States Code, Section 856(a)(2).

That said defendant, John Charles Fletcher, was duly convicted in the United States District Court for the District of Kansas, in Case No. 92-40052-01, Count 1: conspiracy to possess with intent to distribute cocaine, and was sentenced to 60 months.

Wherefore, the plaintiff gives notice that under Title 21, United States Code, Section 851, that the defendant has a prior felony drug conviction, and the minimum mandatory penalty for Counts 1, 5, 6, 8, 10, 11, 13, 16, 17, 21, 22, 24, 25, 27, 28, 31, 32, 35, and 36 of the Superseding Indictment is, therefore, increased to 20 years imprisonment; the minimum mandatory penalty for Counts 2, 3, 9, 12, 34, 37, 38, and 39 of the Superseding Indictment is, therefore, increased to 10 years imprisonment; and the mandatory maximum penalty for Counts 4, 15, 18, 20, 23, 26, 29, 30, and 33, is, therefore, increased to not more than 30 years imprisonment.

Respectfully submitted,

SANFORD C. COATS
United States Attorney

s/Leslie M. Maye
Assistant U.S. Attorney
Bar Number: 4853
210 Park Avenue, Suite 400
Oklahoma City, Oklahoma 73102
(405) 553-8846 (Office)
(405) 553-8888 (Fax)
Leslie.Maye@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on April 12, 2011, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:  C. Michael Robbins.

                                                s/Leslie M Maye
                                                Assistant U.S. Attorney