## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,    )
                             )
              Plaintiff,     )
                             )
v.                           )        Case No. CR-09-21-R-1
                             )
JOHN FLETCHER,               )
                             )
              Defendant.     )

## ORDER

Before the Court is Defendant's Motion for Status Hearing and Supplemental Memorandum of Law [Doc. No. 991].

Defendant's motion notes that there have been significant changes in applicable law since the time Defendant filed his Motion for Reduced Sentence [Doc. No. 976] and requests a status hearing regarding the pendency of the motion.[1] Given the legal changes identified by Defendant, the Court finds that supplemental briefing is warranted. Defendant is directed to provide a supplemental brief by January 13, 2025. The supplemental brief should address any relevant changes in the law, whether Defendant is relying on any of these changes to move for a sentence reduction under 18 U.S.C. § 3582(c)(1)(A) of the entire sentence (including for offenses that may potentially be eligible for a reduction under § 404(b) of the First Step Act), and Defendant's standing to move for a sentence reduction under § 404(b). The government may provide a response no later than 15 days after the filing of Defendant's supplemental brief. Upon receipt of the supplemental briefing, the

---

[1] This action was transferred to the undersigned on December 5, 2024 [Doc. No. 995].

Court intends to promptly rule on Defendant's pending Motion for Reduced Sentence, and therefore does not find that a status hearing is needed.

Defendant's Motion for Status Hearing and Supplemental Memorandum of Law [Doc. No. 991] is GRANTED in part, as set out above.

IT IS SO ORDERED this 12th day of December, 2024.

_David L. Russell_

**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**