UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

|  |  |
|---|---|
| United States of America<br><br>Plaintiff(s)<br><br>vs.<br><br>John Charles Fletchjer<br><br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>)   CASE NO.   09cr21-R<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEAL**

Notice is hereby given that  John Charles Fletcher

Plaintiff(s)  ✗ Defendant(s) in the above named case hereby appeal to the United States Court of Appeals for the Tenth Circuit from the final judgment entered in this action on February 21, 2025.

_Jacquelyne K. Phelps_
Signature

Jacquelyne Karie Phelps
Printed Name

P.O. Box 720183
Mailing Address

Oklahoma City, OK 73172
City, State, Zip

312-858-8334
Phone No.                    Fax No.

jacki@decarcerationlaw.com
Email Address

Rvsd 10-09