# U.S. District Court

## Oklahoma Western - Oklahoma City

Joshua Welch

Receipt Date: Apr 11, 2025 11:50AM

| Rcpt. No: 500011485 | Trans. Date: Apr 11, 2025 11:50AM | | | Cashier ID: #LR (6836) |
|---|---|---|---|---|
| **CD** **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 203   Notice of Appeal/Docketing Fee | 09CR000021 /1<br>John Charles Flectcher | 1 | 605.00 | 605.00 |

| **CD** | **Tender** | **Amt** |
|---|---|---|
| CC | Credit Card | $605.00 |
| | Total Due Prior to Payment: | $605.00 |
| | Total Tendered: | $605.00 |

**Comments**: Notice of Appeal/Docketing Fee Case #:09CR000021, Defendant: John Charles Flectcher, Party #:1

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.